Gordon H. MITCHELL, Plaintiff-Appellant,

v.

Roy P. PARHAM and Oklahoma Alcoholic Beverage Control Board, Defendants-Appellees.

No. 8175.

United States Court of Appeals
Tenth Circuit.

May 28, 1965.

Odes J. Harwood, Midwest City, Okl., for plaintiff-appellant.

Burck Bailey, Asst. Atty. Gen., of Oklahoma, for defendants-appellees.

Before MURRAH, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

The appeal is dismissed because of the lack of an appealable order. See Midwestern Developments, Inc. v. City of Tulsa, 10 Cir., 319 F.2d 53; and Crutcher v. Joyce, 10 Cir., 134 F.2d 809, 813, 814.

On remand, if the plaintiff desires to amend his pleadings, he must do so within 10 days of the date of remand. If he fails to amend, the court should promptly enter a final order dismissing the action.

Pietro Mario PUGLIANO, Appellant,

v.

Paul STAZIAK, Peter Pollice, Leonard Monti, Enoc N. Johnson, Thomas Welsh, Vincent Tambura, Rita Henderson and Marion Sarnic.

No. 15029.

United States Court of Appeals
Third Circuit.

Submitted May 21, 1965.

Decided June 10, 1965.

Pietro Mario Pugliano, pro se.

David W. Craig, City Sol., City of Pittsburgh, Pittsburgh, Pa. (Robert E. Dauer, Asst. City Sol., City of Pittsburgh, Pittsburgh, Pa., on the brief), for appellees Staziak, Pollice, Monti and Johnson.

Richard C. Witt, Pittsburgh, Pa., for appellee Welsh.

Before BIGGS, Chief Judge, and STALEY and GANEY, Circuit Judges.

PER CURIAM.

We can perceive no error in the disposition of this case. Accordingly, the judgment will be affirmed, D.C., 231 F.Supp. 347.